DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT T. MCGEE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-0343

[May 9, 2024]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case Nos. 19-009348CF10A, 19-009833CF10A, and 19-011515CF10A.

Robert T. McGee, Avon Park, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***